*E-Filed: September 9, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGA TUYET NGUYEN,<br><br>　　　　Plaintiff,<br>　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, sued herein as THE MANAGEMENT OF SANTA CLARA SUPERIOR COURT,<br><br>　　　　Defendant. | No. C14-01487 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[Re: Docket No. 9]** |

Nga Tuyet Nguyen, proceeding pro se, filed suit against the Superior Court of California, County of Santa Clara (sued as "The Management of Santa Clara Superior Court") on March 31, 2014. Defendant's response to the complaint was due by July 28, 2014. On July 9, 2014, before Defendant filed a response, Plaintiff filed a Motion for Summary Judgment. Dkt. No. 9.

Summary judgment should only be sought "after adequate time for discovery." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). No discovery as taken place in this action. Plaintiff's Motion for Summary Judgment is premature, and therefore is denied. Plaintiff may re-file a motion for summary judgment once discovery has been conducted. Any motion that Plaintiff chooses to

///

///

///

*United States District Court*
*For the Northern District of California*

file must comply with the case schedule that will be set at the upcoming October 28, 2014 Case Management Conference.

**IT IS SO ORDERED.**

Dated:  September 9, 2014



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C14-01487 HRL Notice will be electronically mailed to:**

Alex Thomas Hughes     ahughes@akk-law.com, jkraus@akk-law.com

Carolee G. Kilduff     ckilduff@akk-law.com, jkraus@akk-law.com, tredding@akk-law.com

**C14-01487 HRL Notice will be mailed to:**

Nga Tuyet Nguyen
1105 Champagne Lane
San Jose, CA 95132

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**