*E-Filed: October 16, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGA TUYET NGUYEN,<br><br>　　　　Plaintiff,<br>　v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF SANTA CLARA, sued herein<br>as THE MANAGEMENT OF SANTA<br>CLARA SUPERIOR COURT,<br><br>　　　　Defendant.<br>_____/ | No. C14-01487 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A case management conference is set for October 28, 2014.  Defendant has filed a motion to dismiss the first amended complaint, which is set for a hearing on November 18, 2014.  Dkt. No. 31. Accordingly, the case management conference is continued to **December 16, 2014, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  October 16, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01487 HRL Notice will be electronically mailed to:**

Alex Thomas Hughes     ahughes@akk-law.com, jkraus@akk-law.com

Carolee G. Kilduff     ckilduff@akk-law.com, jkraus@akk-law.com, tredding@akk-law.com

**C14-01487 HRL Notice will be mailed to:**

Nga Tuyet Nguyen

1105 Champagne Lane

San Jose, CA 95132

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**