*E-Filed: December 17, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGA TUYET NGUYEN, | No. C14-01487 HRL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, sued herein as THE MANAGEMENT OF SANTA CLARA SUPERIOR COURT, | |
| Defendant. | |

A case management conference was held on December 16, 2014. At the case management conference, Defendant indicated that it plans to file a motion to dismiss the second amended complaint. Accordingly, the case management conference is continued to **February 24, 2015, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  December 17, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-01487 HRL N**otice **will be electronically mailed to:**

Carolee G. Kilduff     ckilduff@akk-law.com, jkraus@akk-law.com, tredding@akk-law.com

**C14-01487 HRL N**otice **will be mailed to:**

Nga Tuyet Nguyen

1105 Champagne Lane

San Jose, CA 95132

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2